NUMBER 13-08-00237-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE BRANDI FRAZIER
 

____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam (1)



 Relator, Brandi Frazier, filed a petition for writ of mandamus in the above cause on
April 3, 2006, asking this Court to compel the respondent, the Honorable Marisela Saldana,
Presiding Judge of the 148th District Court of Nueces County, to vacate a temporary order
signed on December 5, 2007. The Court requested and received a response from the real
party in interest, John Longoria, and one has been filed. (2) 

 The Court, having examined and fully considered the petition for writ of mandamus
and the response, is of the opinion that relator has not shown herself entitled to the relief
sought, and the petition for writ of mandamus should be denied. See Tex. R. App. P. 52.8. 
Accordingly, the petition for writ of mandamus is DENIED. 

 PER CURIAM


Memorandum Opinion delivered

and filed this 9th day of June, 2008.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).
2. Pursuant to order, the real party in interest's response to the petition for writ of mandamus was
originally due on May 9, 2008. The real party in interest filed a motion or extension of time to file his response
until May 14, 2008, and the same was filed on May 14, 2008. The Court herein GRANTS this motion for
extension of time.